**Order entered February 22, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00781-CR

## EX PARTE ERIC DEAN KING

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03461-2020**

## ORDER

Before the Court is appellant's February 11, 2021 first motion for extension of time to file his reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief filed on or before **March 29, 2021**.

We **ORDER** the trial court to file, on or before **March 5, 2021**, the required certification of the right to appeal in this case.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to the Honorable Tomasz Nowack, Presiding Judge, 366th Judicial District Court; and to counsel for the parties.

/s/     ERIN A. NOWELL
        JUSTICE